IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Zena Alsanabani**<br>Plaintiff/Petitioner | Cause No.:    **1:25-cv-01684-JDB**<br>Hearing Date: |
| **vs.**<br>**Spear Operations Group; Abraham Golan; Reflex Responses Management Consultancy LLC d/b/a Reflex Response Security Consultants; Erik Prince; the First Abu Dhabi Bank USA N.V; ET AL**<br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF<br>SUMMONSES IN A CIVIL ACTION; AMENDED COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **28th day of October, 2025** at **5:12 PM** at the address of **37 HONEY HILL LN Unit 2, RAYMOND, ME 04071**; this affiant served the above described documents upon **Spear Operations Group c/o Abraham Golan, CEO c/o c/o Abraham Golan, CEO, REGISTERED AGENT** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Stephanie Golan, I delivered the documents to Stephanie Golan who identified themselves as the resident with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with an accent. The resident at this address. Explain that the subject does not live there. She said that she will try to get the documents to the subject, a** person of suitable age and discretion who stated they reside at the defendant's/respondent's usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_Andrew Clary_

**Andrew Clary**

KENDRA JOY SPEED<br>Notary Public - Maine<br>My Commission Expires Sep 9, 2028

Residing or doing business at:    **17 Rainbow Road, Belgrade, 04917, Belgrade, ME 04917**

Subscribed and sworn to before me this 31st day of October, 20 25

Notary Public / Deputy Clerk

9/9/28

My commission expires

REF: **YP-26576**

Tracking #: 0192706440