IN THE US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Zena Alsanabani in her individual capacity and/or Executor of The Estate of Abdulmalek Anwar Al-Sanabani** | Cause No: **1:25-cv-01684-JDB** |
| | Hearing Date: |
| Plaintiff/Petitioner | |
| VS | AFFIDAVIT OF SERVICE OF |
| **Spear Operations Group; Abraham Golan; et al.** | **SUMMONS; AMENDED COMPLAINT** |
| Defendant/Respondent | |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **3rd day of November, 2025** at **12:17 PM** at the address of **23318 Foxcroft Rd, Middleburg, VA 20117**; this affiant served the above described documents upon **Erik Prince** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Lance Demlar, I delivered the documents to an individual (co resident) who identified themselves as the person authorized to accept with identity confirmed by lance demler. The individual accepted service with direct delivery. The individual appeared to be a white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 200-240 lbs with glasses,** a person of suitable age and discretion who stated they reside at the **defendant's/respondent's** usual place of abode listed above.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

_____

**Bidemi Bolarin**

Residing or doing business at:    **13724 Winding Oak Cir. 203, Centreville, VA 20121**

Subscribed and sworn to before me this ____4th____ day of __November__, 20_25_.

_____
Notary Public / Deputy Clerk

ANDY MARCELLO PENA
Notary Public
Commonwealth of Virginia
Registration No. 7954962
My Commission Expires Apr 30, 2029

_____
My commission expires

