## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ZENA ALSANABANI in her individual capacity and/or Executor of The Estate of Abdulmalek Anwar Alsanabani<br><br>              Plaintiffs,<br><br>    -against-<br><br>SPEAR OPERATIONS GROUP, ABRAHAM GOLAN, Reflex Responses Management Consultancy LLC d/b/a Reflex Response Security Consultants and ERIK PRINCE and the First Abu Dhabi Bank USA N.V. and JOHN DOE 1-100, ABC Corporation 1-100.<br><br>              Defendants. | Case No. 1:25-cv-01684-JDB |

## DEFENDANT FIRST ABU DHABI BANK USA N.V.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant First Abu Dhabi Bank USA N.V. respectfully moves this Court to dismiss the claims against it in Plaintiff Zena Alsanabani Doraleh's Second Amended Complaint. The grounds for this motion are set forth in the accompanying memorandum. A proposed order is also attached.

DATED: February 23, 2026

**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**

*/s/ Juan P. Morillo*
Juan P. Morillo (DC Bar No. 475196)
Nicholas J. Inns (DC Bar No. 1722110)
Katherine Schroeder (DC Bar No. 90001250)
555 13th Street NW, Suite 600
Washington, D.C. 20004
T: (202) 538-8287
F: (202) 538-8100
juanmorillo@quinnemanuel.com
nicholasinns@quinnemanuel.com
katherineschroeder@quinnemanuel.com

*Counsel for Defendant First Abu Dhabi Bank USA
N.V.*