# EXHIBIT A

↓ Expand All | ↑ Collapse All

Jump to: Support

Filter By: All Activity Service Events (Only) For All Parties

3/23/26 10:13 AM EDT

Service for Erik Prince has been canceled by Jacquie T.

Customer Contact: Jacquie Tellez

3/23/26 10:13 AM EDT

Service for Reflex Response Security Consultants has been canceled by Jacquie T.

3/4/26 1:31 PM EST

Signed Proof of Non-Service: **Erik Prince**
Address: 4903 NAPLES ST, SAN DIEGO, CA 92110-3821

3/2/26 2:42 PM EST

Signed Proof of Non-Service: **Erik Prince**
Address: 23318 Foxcroft Rd, Middleburg, VA 20117

3/1/26 9:00 PM EST

Action Needed: Choose next service address for Erik Prince

3/1/26 9:00 PM EST

Non-Service Confirmed: **Erik Prince**
Address: 4903 Naples St, San Diego, CA 92110-3821

3/1/26 9:00 PM EST

Service Attempted: **Erik Prince** on 3/1/2026 6:00 PM PST
Address: 4903 Naples St, San Diego, CA 92110-3821

2/28/26 8:07 PM EST

Service Attempted: **Erik Prince** on 2/28/2026 5:07 PM PST
Address: 4903 Naples St, San Diego, CA 92110-3821

2/28/26 8:25 AM EST

Signed Proof of Non-Service: **Reflex Response Security Consultants**
Address: 23318 Foxcroft Rd, Middleburg, VA 20117

2/27/26 12:58 PM EST

Documents Received: Process server received documents for **Erik Prince**.

2/27/26 12:18 PM EST

Non-Service Confirmed: **Erik Prince**
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/25/26 8:18 PM EST

Service Attempted: **Erik Prince** on 2/25/2026 8:18 PM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/24/26 1:33 PM EST

Action Needed: Choose next service address for Reflex Response Security Consultants

2/24/26 1:33 PM EST

Non-Service Confirmed: **Reflex Response Security Consultants**
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/22/26 1:16 PM EST

Service Attempted: **Reflex Response Security Consultants** on 2/22/2026 1:16 PM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/22/26 1:11 PM EST

Service Attempted: **Reflex Response Security Consultants** on 2/22/2026 1:11 PM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/22/26 1:11 PM EST

Service Attempted: **Erik Prince** on 2/22/2026 1:11 PM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/15/26 8:21 AM EST

Service Attempted: **Reflex Response Security Consultants** on 2/15/2026 8:21 AM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/15/26 8:16 AM EST

Service Attempted: **Erik Prince** on 2/15/2026 8:16 AM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/12/26 4:48 PM EST

Service Attempted: **Erik Prince** on 2/12/2026 4:48 PM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/12/26 4:45 PM EST

Service Attempted: **Reflex Response Security Consultants** on 2/12/2026 4:45 PM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/12/26 1:48 PM EST

Service Attempted: **Erik Prince** on 2/12/2026 1:48 PM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/12/26 1:45 PM EST

Service Attempted: **Reflex Response Security Consultants** on 2/12/2026 1:45 PM EST
Address: 23318 Foxcroft Rd, Middleburg, VA 20117-3240

2/12/26 12:01 PM EST

Documents Received: Process server received documents for **Erik Prince**.

2/12/26 11:56 AM EST

Documents Received: Process server received documents for **Reflex Response Security Consultants**.

2/10/26 2:05 PM EST

Filing Confirmed: Case # **1:25-cv-01684-JDB**
Filed: DC United States Federal District Court on 2/2/2026 12:00 AM PST.

2/10/26 2:04 PM EST

Order Reviewed: Entered and queued for the next step.

2/10/26 11:53 AM EST

Order Received: Rush Delivery for Service of Process requested upon 2 parties by Jacquie Tellez

Support Documents Invoices

## Need Help?

**Read Our FAQs for answers to common questions.**

Create a Customer Support Ticket

Please explain the issue and a member of our team will follow up.

Attach or Drag & Drop Documents

Send Request

FAQ & Documentation Terms of Service